UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEROME DAVIS | CIVIL ACTION |
| VERSUS | NO: 15-2799 |
| MARLIN N. GUSMAN | SECTION: R(5) |

## ORDER AND REASONS

The Court, having reviewed *de novo* the complaint,[1] defendant's answer,[2] the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[3] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

New Orleans, Louisiana, this ___3rd___ day of November, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.

[2] R. Doc. 7.

[3] R. Doc. 8.